46 So.2d 858

### Valmond BEECH v. STATE.
### 4 Div. 145.

Court of Appeals of Alabama.
March 28, 1950.

Appeal from Circuit Court, Dale County; J. S. Williams, Judge.

False pretense.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

51 So.2d 912

### Robert BELL v. STATE.
### 6 Div. 197.

Court of Appeals of Alabama.
Feb. 27, 1951.

Appeal from Circuit Court, Jefferson County; F. R. Mathews, Judge.

PER CURIAM.
Appeal dismissed.

48 So.2d 889

### J. D. BENNETT v. STATE.
### 4 Div. 151.

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Circuit Court, Russell County; Julius B. Hicks, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

48 So.2d 889

### O'Neal BENNETT v. STATE.
### 4 Div. 152.

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Circuit Court, Russell County; Julius B. Hicks, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

44 So.2d 31

### Sidney Earl BENNETT v. STATE.
### 7 Div. 984.

Court of Appeals of Alabama.
June 7, 1949.

Rehearing Denied July 19, 1949.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

Transporting prohibited liquor.

Merrill, Merrill & Vardaman, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

48 So.2d 889

### BIRMINGHAM ELECTRIC CO. v. Bernard GREEN.
### 6 Div. 99.

Court of Appeals of Alabama.
Oct. 10, 1950.

Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

Lange, Simpson, Robinson & Somerville, of Birmingham, for appellant.